DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSEPH D. GILBERTI, JR.,

Appellant,

v.

GOVERNOR RON DESANTIS; KURT HOFFMAN; JUDGE
DONNA MARIE PADAR; TOM WIDEN; JUDGE STEPHEN
WALKER; JUDGE RUHL; PRESIDENT JOE BIDEN; VICE
PRESIDENT KAMALA HARRIS; DONALD TRUMP; TAMPA
CENTRAL COMMAND; US CONGRESS; 72 PARTNERS, LLC;
ANDREW W. ROSIN PA RECEIVER; C & D CATTLE
ENTERPRISES; THE PENTAGON; TWELFTH JUDICIAL
CIRCUIT COURT OF FLORIDA; THIRTEENTH CIRCUIT
COURT OF FLORIDA; SARASOTA COUNTY BOARD OF
COUNTY COMMISSIONERS; SARASOTA COUNTY PUBLIC
DEFENDERS OFFICE; ATTORNEY MARK ADAMS; SARASOTA
STATE ATTORNEYS OFFICE; SARASOTA PLANNING AND
ZONING DEPARTMENT; SARASOTA COUNTY TAX
COLLECTOR; SARASOTA COUNTY PROPERTY APPRAISER;
SARASOTA COUNTY SHERIFFS OFFICE; SARASOTA
COUNTY CLERK OF THE CIRCUIT COURT AND COUNTY
COMPTROLLER; SARASOTA COUNTY UTILITIES
DEPARTMENT; FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION; FLORIDA DEPARTMENT
OF LAW ENFORCEMENT; ATTORNEY EDWARDO MORRELL;
ATTORNEY BRANDON DANIELS; ATTORNEY RYAN SNYDER;
LPI REAL ESTATE AND PARTNERS, LLC; LEE PALLARDY;
THOMAS HOWZE; KENNY HARRISON; LAURENCE HALL;
CHRISTOPHER SHAW PA; LISA CARLTON; KIMBERLY
CARLTON BONNER; US CONGRESSMAN VERN BUCHANAN;
and SARASOTA COUNTY DEPARTMENT OF HEALTH,

Appellees.

No. 2D2025-1994

_____

February 4, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Sarasota County; Hunter W. Carroll, Judge.

Joseph D. Gilberti, Jr., pro se.

No appearance for Appellees.


PER CURIAM.

Affirmed.

LUCAS, C.J., and LaROSE and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.